**Order entered July 26, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00254-CV

## IN RE KENNETH L. BUHOLTZ, Relator

**Original Proceeding from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-01691-2018**

### ORDER
Before Justices Osborne, Pedersen, III, and Goldstein

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus without prejudice to refiling. We also **DENY** the motion to transfer records.

/s/    BONNIE LEE GOLDSTEIN
        JUSTICE